# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | CASE NO. 2:25-mj-242-KFW |
| ) | |
| **ROBERT MILHOLLAND** ) | |

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT TO BAIL REFORM ACT

It is ORDERED that a detention hearing is set for Tuesday, July 29, 2025, at 2:00 p.m., before Magistrate Judge Karen Frink Wolf in Courtroom One located at 156 Federal Street, Portland, Maine. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

                                                         /s/ Karen Frink Wolf
                                                        U. S. Magistrate Judge

Dated this 28th day of July, 2025.